Khaled A.F. AL ODAH, Next Friend of Fawzi Khalid Abdullah Fahad Al Odah, et al., Appellants,

v.

UNITED STATES of America, et al., Appellees.

Nos. 02–5251, 02–5284, 02–5288.

United States Court of Appeals, District of Columbia Circuit.

July 19, 2004.

Neil H. Koslowe, Thomas B. Wilner, Shearman & Sterling, Washington, DC, for Plaintiffs–Appellants.

Roscoe Conklin Howard, Jr., U.S. Attorney, U.S. Attorney's Office, Paul D. Clement, Gregory George Garre, David B. Salmons, Attorney, Robert Mark Loeb, Attorney, Douglas N. Letter, Litigation Counsel, Gregory George Katsas, U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

William J. Aceves, San Diego, CA, Amicus Curiae for Appellant.

Before RANDOLPH and GARLAND, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

## JUDGMENT

PER CURIAM.

It is **ORDERED**, on the court's own motion, that, in light of the Supreme Court's opinion in *Rasul v. Bush,* —— U.S. ——, 124 S.Ct. 2686, 159 L.Ed.2d 548 (2004), the court's judgment filed March 11, 2003, in the above-captioned consolidated cases be vacated. It is

**FURTHER ORDERED AND ADJUDGED** that the judgment of the district court appealed from in these causes be reversed and these cases remanded for further proceedings in accordance with the Supreme Court's opinion in *Rasul v. Bush,* 124 S.Ct. 2686 (2004). The Clerk is directed to issue the mandate forthwith.